# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

08 JUL -7 AM 9: 37

UNITED STATES OF AMERICA     WARRANT FOR ARREST

V.     CASE NUMBER: 85-252-JLI

JOSE OMAR OROZCO

To: The United States Marshal
and any authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST JOSE OMAR OROZCO**

and bring him or her forthwith to the nearest Magistrate Judge to answer to a(n)

__Indictment __Information __Complaint _x_ Order of Court

__Failure to Appear __Violation Notice __Probation Violation Petition

charging him or her with:

21:841(a)(1), 846,843 Conspiracy to possess cocaine with intent to distribute and unlawful use of communication facility

in violation of Title_____United States Code, Section(s)_____.

DON HENDRIX/CATHERINE PINER     CLERK/DEPUTY CLERK
Name of Issuing Officer     Title of Issuing Officer

_Catherine Piner_     3/30/93, SAN DIEGO
Signature of Issuing Officer     Date and Location

Bail Fixed At $ NO BAIL     by The Honorable Barry Moskowitz
     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_____.

Date Received 4/19/08     Name And Title of Arresting Officer
DATE _____ USMS-Houston TX
Date of ARRESTED BY_____ Signature of Arresting Officer

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____