# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

PLEASE RECEIPT AND RETURN
United States District Court
Southern District of Texas
FILED

JUL 0 7 2008

Michael N. Milby, Clerk

**FILED**
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

June 27, 2008

To:   CLERK, U.S. DISTRICT COURT
      Southern District of Texas
      PO Box 61010
      Houston, TX 77208

Re Transfer
Criminal Case No. 85cr252 J
U.S.A. vs. Jose Omar Orozco

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)   Certified copy of the Indictment/Information
2)   Certified copy of Consent of Defendant to Transfer
3)   Certified copy of the docket sheet
4)   _____ original bond enclosed

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By S/ A. Everill
, Deputy Clerk

cc:   U.S. Attorney, San Diego
      U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

CLERK, U.S. DISTRICT COURT
By  C. Peebles
Deputy Clerk